# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELVIN REGALADO, | : | Civil No. 1:25-CV-00054 |
| Petitioner, | : | |
| v. | : | |
| WARDEN GREENE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of January, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition, Doc. 1, is **DISMISSED** pursuant to 28 U.S.C. § 2254 Rule 4.

2. The Clerk of Court will **CLOSE** the case.

          s/Jennifer P. Wilson
          JENNIFER P. WILSON
          United States District Judge
          Middle District of Pennsylvania